COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER GRANTING STAY

Appellate case name:        U-Haul Co. of Texas v. Johan Velilla Toro, Landon Darrell
                            Mason and Ash Automated Control Systems, LLC

Appellate case number:      01-22-00883-CV

Trial court case number:    2021-54407

Trial court:                80th District Court of Harris County

On December 28, 2022, appellant, U-Haul Co. of Texas, filed an emergency motion to stay all proceedings and all parties, or alternatively, all proceedings against U-Haul Co. of Texas, pending resolution of this appeal. On January 5, 2023, appellee, Johan Velilla Toro, filed a response. After considering the motion and the response, we grant the portion of the emergency motion requesting a stay of all proceedings as to U-Haul Co. of Texas only. *See* TEX. R. APP. P. 29.3. This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted.

It is so **ORDERED**.

Judge's signature: _____/s/ Julie Countiss____
                   ☒ Acting individually     ☐ Acting for the Court

Date: _January 10, 2023_____